UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**F I L E D**

NOV 1 6 2017

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.**   SUPERSEDING INDICTMENT NO. <u>6:17-CR-27-S-GFVT</u>

**DUSTIN JOLLY and**
**KATELIN G. LOVELESS**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

## <u>COUNT 1</u>
## 21 U.S.C. § 846

On or about a day in March of 2012, the exact date unknown, and continuing through on or about March 17, 2017, in Pulaski County, in the Eastern District of Kentucky, and elsewhere,

**DUSTIN JOLLY and**
**KATELIN G. LOVELESS**

did conspire with each other and others to knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

## <u>COUNT 2</u>
## 18 U.S.C. § 924(c)(1)(A)

On or about a day in March of 2012, the exact date unknown, and continuing

through on or about March 17, 2017, in Pulaski County, in the Eastern District of Kentucky,

## DUSTIN JOLLY

did knowingly possess firearms, that is, a Taurus, Model PT 101 AF, .40 caliber pistol bearing serial number SAY28666 and Glock, Model 26 Gen 4, .9x19 caliber pistol bearing serial number RNK257, in furtherance of a drug trafficking offense for which he may be prosecuted in a Court of the United States, as set forth in Count 1, that is, conspiracy to distribute a mixture or substance containing a detectable amount of methamphetamine, in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT 3
## 18 U.S.C. § 922(g)(1)

On or about March 17, 2017, in Pulaski County, in the Eastern District of Kentucky,

## DUSTIN JOLLY

having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce firearms, that is, a Taurus, Model PT 101 AF, .40 caliber pistol bearing serial number SAY28666 and Glock, Model 26 Gen 4, .9x19 caliber pistol bearing serial number RNK257, in violation of 18 U.S.C. § 922(g)(1).

# FORFEITURE ALLEGATION
## 21 U.S.C. § 853
## 18 U.S.C. § 924(d)(1)
## 28 U.S.C. § 2461

In committing the offenses alleged in Counts 2 and 3 of this Indictment, the below-listed firearms and ammunition are subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1). In committing the offense alleged in Count 1 of this Indictment, the same being punishable by imprisonment for more than one year, the defendant used and intended to use the below-described property to commit and to facilitate the commission of said controlled substance violation, and the below-described property constitutes proceeds obtained directly and indirectly as a result of the commission of the aforesaid violation of 21 U.S.C. § 846, including, but not limited to the following:

## FIREARMS AND AMMUNITION:

1. Taurus, Model PT 101 AF, .40 caliber pistol bearing serial number SAY28666 seized from Dustin Jolly on March 17, 2017.

2. Glock, Model 26 Gen 4, .9x19 caliber pistol bearing serial number RNK257 seized from Dustin Jolly on March 17, 2017.

## CURRENCY:

1. $5,189 in U.S. currency seized from Dustin Jolly on March 17, 2017.

By virtue of the commission of the felony offenses charged in this Indictment, any and all interest **DUSTIN JOLLY** has in the above-described property is vested in and forfeited

to the United States pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), and 28 U.S.C. §2461.

A TRUE BILL ,

_____
**CARLTON S. SHIER, IV
ACTING UNITED STATES ATTORNEY**

# PENALTIES

## COUNT 1:

Not less than 5 years nor more than 40 years of imprisonment, a $5,000,000 fine, and at least 4 years supervised release.

**If prior felony drug conviction:** not less than 10 years nor more than life imprisonment, a $8,000,000 fine, and at least 8 years supervised release.

## COUNT 2:

Not less than 5 years nor more than life imprisonment – to be served consecutive to any term of imprisonment imposed for any other offense – not more than a $250,000 fine, and not more than 5 years of supervised release.

In the case of a second or subsequent conviction, not less than 25 years imprisonment consecutive to any other offense, not more than a $250,000 fine, and not more than 5 years of supervised release.

## COUNT 3:

Not more than 10 years imprisonment, a $250,000 fine, and 3 years of supervised release.

**If three prior convictions for a violent felony or serious drug offense pursuant to 18 U.S.C. § 924(e):** Not less than 15 years imprisonment, not more than $250,000 fine, and 5 years supervised release.

**PLUS:** Forfeiture of all listed assets.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.